DISTRICT COURT OF GUAM

| | |
|---|---|
| NORMAN S. ANALISTA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF GUAM,<br>ANITA B. ENRIQUEZ and DOES 1-10,<br><br>    Defendants. | CIVIL CASE NO. 24-00027<br><br>**ORDER**<br>Continuing Scheduling Conference |

In light of the pending dispositive motion, the court orders that the scheduling conference set for March 6, 2025, be continued to Tuesday, June 24, 2025, at 10:00 a.m. The parties shall file a Scheduling and Planning Conference Report on or before June 17, 2025.

IT IS SO ORDERED.

                                                        /s/ Michael J. Bordallo
                                                         **U.S. Magistrate Judge**
                                                     **Dated: Feb 25, 2025**